FILED
CLERK, U.S. DISTRICT COURT
8/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: M.B.   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>PABLO RENATO RODRIGUEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:20-mj-00543-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _August 21_____, _2020_____, at _9:00_____ ☒ a.m. / ☐ p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A and/or by VTC_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: August 18, 2020

JOHN D. EARLY
U.S. Magistrate Judge