AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
PABLO RENATO RODRIGUEZ, ) Case No. 8:20-mj-00543
)
*Defendant* )

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 5 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☐ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☑ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:
  ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):
     ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C.
         § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**
     ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**
     ☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the
         Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act
         (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**
     ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs
         (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses
         described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal
         jurisdiction had existed, or a combination of such offenses; **or**
     ☐ **(e)** any felony that is not otherwise a crime of violence but involves:
         **(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921);
         **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**
  ☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C.
     § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise
     to Federal jurisdiction had existed; **and**
  ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was
     committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**
  ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the
     defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

AO 472 (Rev. 11/16) Order of Detention Pending Trial

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

- ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);
- ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;
- ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
- ☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**
- ☐ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☐ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☑ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

- ☐ Weight of evidence against the defendant is strong
- ☑ Subject to lengthy period of incarceration if convicted
- ☐ Prior criminal history
- ☐ Participation in criminal activity while on probation, parole, or supervision
- ☐ History of violence or use of weapons
- ☐ History of alcohol or substance abuse
- ☐ Lack of stable employment
- ☐ Lack of stable residence
- ☐ Lack of financially responsible sureties

- ☐ Lack of significant community or family ties to this district
- ☒ Significant family or other ties outside the United States
- ☐ Lack of legal status in the United States
- ☐ Subject to removal or deportation after serving any period of incarceration
- ☐ Prior failure to appear in court as ordered
- ☐ Prior attempt(s) to evade law enforcement
- ☐ Use of alias(es) or false documents
- ☐ Background information unknown or unverified
- ☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

1. Proffers by the Government that (a) approximately $1 million in cash was seized during a search of defendant's residence at the time of his arrest; and (a) international exit/entry records reflect substantial international travel by defendant, including multiple examples in which it appears defendant made entry to or exit from the United States without a record being generated. In support of the proffers, the government submitted copies of a photograph of the seized cash and entry/exit records of defendant, which are attached and made part of the record.

2. The nature of the allegations against defendant, including allegations of: (a) money laundering to disguise/conceal the source of funds, (b) the movement of more than $8 million in fraudulent proceeds in 2018 and 2019 to defendant and two others, through an attorney trust account, overseas and to purchase real estate; (c) the use of untraceable bitcoin transactions to conceal the source and movement of funds; (d) fraudulent conduct in this alleged fraud while defendant was subject to the SEC in a separate alleged fraud; and (e) suspension of accounts and funds "disappearing" of alleged victims who complained to law enforcement.

3. As proffered by the government at the hearing, if defendant is convicted after trial of all charges and enhancements potentially to be sought by the government based on alleged loss, substantial financial harm to more than 25 victims, and grouping, defendant faces a potential prison sentence of more than 20 years.

4. Lack of information about overseas source/sources of only proposed suretyship.

**Part IV - Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:  08/25/2020                                JOHN D. EARLY  
                                                 United States Magistrate Judge

FOR OFFICIAL USE ONLY

| Name | DOB | Document | Encounter Date | Dir | Conveyance | Status |
|---|---|---|---|---|---|---|
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/16/2020 16:08 EDT | Inbound | CM 360 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/07/2020 16:27 EST | Outbound | UA 1020 (IAH -> CUN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/01/2020 14:28 EST | Inbound | DL 1392 (GUA -> LAX) | OBD |
| RODRIGUEZ, Pablorenato | 5/6/1983 | P 580657918 (USA) | 02/17/2020 17:45 EST | Outbound | AM 643 (LAX -> MEX) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 02/14/2020 00:34 EST | Inbound | AV 578 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 02/04/2020 23:59 EST | Outbound | DL 1394 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/28/2020 00:48 EST | Inbound | AV 578 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/05/2020 22:55 EST | Outbound | AV 579 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/03/2020 06:24 EST | Inbound | AA 962 (GRU -> DFW) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/25/2019 23:00 EST | Outbound | AA 995 (MIA -> GRU) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/28/2020 00:48 EST | Inbound | AV 578 (GUA -> LAX) | OBD |
| RODRIGUEZ, Pablo | 5/6/1983 | | 01/08/2020 00:00 EST | --- | --- | --- |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/05/2020 22:55 EST | Outbound | AV 579 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/03/2020 06:24 EST | Inbound | AA 962 (GRU -> DFW) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/25/2019 23:00 EST | Outbound | AA 995 (MIA -> GRU) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/24/2019 02:22 EST | Inbound | DL 592 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/21/2019 22:48 EST | Inbound | DL 592 (GUA -> LAX) | NBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/17/2019 23:56 EST | Outbound | DL 1394 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/13/2019 23:27 EST | Inbound | UA 1277 (CUN -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/09/2019 09:38 EST | Outbound | UA 1276 (LAX -> CUN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 09/28/2019 02:35 EDT | Inbound | CM 302 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 09/18/2019 15:35 EDT | Outbound | UA 1034 (IAH -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 09/11/2019 14:00 EDT | Inbound | CX 884 (HKG -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 09/03/2019 00:15 EDT | Outbound | SQ 37 (LAX -> SIN) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 08/15/2019 01:08 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 06/26/2019 12:57 EDT | Outbound | YX 4611 (MIA -> NAS) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 06/26/2019 11:03 EDT | Inbound | AA 1182 (GUA -> MIA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 06/11/2019 23:59 EDT | Outbound | DL 1394 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 06/11/2019 00:58 EDT | Inbound | SQ 38 (SIN -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/29/2019 00:15 EDT | Outbound | SQ 37 (LAX -> SIN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/26/2019 15:59 EDT | Inbound | CM 360 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/19/2019 18:25 EDT | Outbound | DL 909 (ATL -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/19/2019 15:05 EDT | Inbound | DL 195 (BCN -> ATL) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/10/2019 17:44 EDT | Outbound | DL 194 (ATL -> BCN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/10/2019 14:12 EDT | Inbound | DL 910 (GUA -> ATL) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/06/2019 23:55 EDT | Outbound | AV 641 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/04/2019 02:01 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 04/29/2019 23:55 EDT | Outbound | AV 641 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 04/23/2019 02:11 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 274585251 (GTM) | 04/08/2019 19:30 EDT | Outbound | AA 963 (DFW -> GRU) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 04/07/2019 02:04 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/25/2019 09:35 EDT | Outbound | DL 573 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/15/2019 23:37 EDT | Inbound | SQ 38 (SIN -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/09/2019 22:25 EST | Outbound | SQ 37 (LAX -> SIN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/09/2019 00:34 EST | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 03/04/2019 07:01 EST | Outbound | AM 18 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 02/24/2019 00:43 EST | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/31/2019 22:55 EST | Outbound | AV 641 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/31/2019 19:30 EST | Inbound | AA 192 (HKG -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/21/2019 23:35 EST | Outbound | CX 881 (LAX -> HKG) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 01/20/2019 00:32 EST | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/25/2018 23:40 EST | Outbound | DL 1394 (LAX -> GUA) | OBD |
| RODRIGUEZ, Pablo | 5/6/1983 | P 580657918 (USA) | 12/23/2018 02:13 EST | Inbound | DL 592 (GUA -> LAX) | OBD |

| Name | DOB | Document | Date/Time | Direction | Flight | Type |
|---|---|---|---|---|---|---|
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 12/11/2018 07:01 EST | Outbound | AM 18 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 11/21/2018 01:11 EST | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 11/12/2018 23:55 EST | Outbound | DL 1394 (LAX -> GUA) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 11/10/2018 00:41 EST | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 10/20/2018 22:00 EDT | Outbound | CM 362 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 10/14/2018 01:10 EDT | Inbound | AM 648 (MEX -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 09/09/2018 23:31 EDT | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 08/31/2018 02:52 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 274585251 (GTM) | 08/18/2018 01:45 EDT | Outbound | AV 641 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 07/31/2018 20:06 EDT | Inbound | TK 9 (IST -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 07/27/2018 18:30 EDT | Outbound | TK 10 (LAX -> IST) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 07/27/2018 03:46 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 580657918 (USA) | 05/10/2018 23:55 EDT | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/25/2018 07:05 EDT | Outbound | UA 274 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/22/2018 02:57 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/13/2018 23:55 EDT | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/13/2018 17:40 EDT | Inbound | EK 215 (DXB -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/04/2018 15:35 EST | Outbound | EK 216 (LAX -> DXB) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/01/2018 13:33 EST | Inbound | DL 1392 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/25/2018 23:20 EST | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/24/2018 01:59 EST | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/18/2018 23:20 EST | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/14/2018 18:32 EST | Inbound | AM 642 (MEX -> LAX) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/09/2018 08:00 EST | Outbound | AM 18 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/02/2018 16:02 EST | Inbound | EK 215 (DXB -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 01/05/2018 23:55 EST | Outbound | DL 308 (LAX -> CUN) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/20/2017 19:26 EST | Inbound | AC 787 (YYZ -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/18/2017 07:40 EST | Outbound | AC 790 (LAX -> YYZ) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/14/2017 15:57 EST | Inbound | UA 293 (MEX -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/03/2017 14:36 EST | Inbound | DL 1392 (GUA -> LAX) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 11/21/2017 23:55 EST | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 11/20/2017 17:02 EST | Inbound | AF 66 (CDG -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 10/30/2017 21:47 EDT | Outbound | CM 362 (LAX -> PTY) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 10/23/2017 02:53 EDT | Inbound | AM 630 (MEX -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo | 5/6/1983 | P 456186444 (USA) | 10/20/2017 00:35 EDT | Inbound | CX 880 (HKG -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 10/19/2017 23:30 EDT | Outbound | AM 649 (LAX -> MEX) | OBD |
| RODRIGUEZAREVALO, Pablo Renato | 5/6/1983 | P 274585251 (GTM) | 09/27/2017 16:05 EDT | Outbound | SU 107 (LAX -> SVO) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 08/24/2017 03:35 EDT | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 08/23/2017 03:16 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 08/02/2017 20:30 EDT | Outbound | CM 473 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/30/2017 09:32 EDT | Outbound | AM 643 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/22/2017 19:56 EDT | Inbound | BR 12 (TPE -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/18/2017 00:00 EDT | Outbound | BR 15 (LAX -> TPE) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/16/2017 04:18 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/10/2017 17:20 EDT | Outbound | AM 647 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/08/2017 02:04 EDT | Inbound | AM 784 (GDL -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/30/2017 02:59 EDT | Outbound | UA 274 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/28/2017 14:58 EDT | Inbound | UA 293 (MEX -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/22/2017 10:01 EDT | Outbound | AM 18 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/02/2017 22:32 EDT | Inbound | PR 102 (MNL -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/27/2017 22:23 EDT | Inbound | AA 2546 (MEX -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/27/2017 04:48 EDT | Outbound | PR 103 (LAX -> MNL) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/07/2017 11:02 EDT | Outbound | UA 1751 (IAH -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/04/2017 20:37 EDT | Inbound | CM 472 (PTY -> LAX) | OBD |
| RODRIGUEZ, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/19/2017 03:35 EDT | Outbound | DL 1393 (LAX -> GUA) | OBD |

| Name | DOB | Passport | Date/Time | Direction | Flight | Code |
|---|---|---|---|---|---|---|
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/17/2017 21:02 EDT | Inbound | DY 7095 (LGW -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/05/2017 04:30 EST | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/23/2017 17:57 EST | Inbound | DL 938 (CUN -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/06/2017 03:35 EST | Outbound | DL 1393 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/02/2017 13:34 EST | Inbound | DL 1392 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 01/18/2017 05:50 EST | Outbound | AA 2545 (LAX -> MEX) | OBD |
| **RODRIGUEZ AREVALO, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **01/17/2017 16:09 EST** | **Inbound** | **CI 6 (TPE -> LAX)** | **OBD** |
| **RODRIGUEZ AREVALO, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **01/11/2017 15:41 EST** | **Inbound** | **DL 1392 (GUA -> LAX)** | **OBD** |
| **RODRIGUEZ AREVALO, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **01/11/2017 06:05 EST** | **Outbound** | **CI 7 (LAX -> TPE)** | **OBD** |
| **RODRIGUEZ AREVALO, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **01/02/2017 04:30 EST** | **Outbound** | **CM 303 (LAX -> PTY)** | **OBD** |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/30/2016 22:53 EST | Inbound | AA 1050 (SJD -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/25/2016 17:42 EST | Outbound | AA 369 (LAX -> SJD) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 426186444 (USA) | 12/23/2016 01:45 EST | Inbound | DL 592 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/19/2016 17:10 EST | Outbound | DL 746 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/15/2016 18:00 EST | Inbound | AM 642 (MEX -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/12/2016 18:34 EST | Outbound | AM 649 (LAX -> MEX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/10/2016 21:12 EST | Inbound | CA 983 (PEK -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/06/2016 15:53 EST | Outbound | MU 578 (LAX -> PVG) | OBD |
| **RODRIGUEZ AREVALO, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **11/24/2016 18:37 EST** | **Inbound** | **DL 938 (CUN -> LAX)** | **OBD** |
| **RODRIGUEZ AREVALO, Pablo** | **5/6/1983** | **P 456186444 (USA)** | **10/16/2016 23:24 EDT** | **Inbound** | **CI 4 (TPE -> SFO)** | **OBD** |
| **RODRIGUEZ AREVALO, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **10/16/2016 11:11 EDT** | **Outbound** | **CM 209 (SFO -> PTY)** | **OBD** |
| **RODRIGUEZ, Pablo Renato** | **5/6/1983** | **P 456186444 (USA)** | **10/10/2016 04:30 EDT** | **Outbound** | **CM 303 (LAX -> PTY)** | **OBD** |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 10/09/2016 04:02 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 09/19/2016 04:30 EDT | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 08/12/2016 02:49 EDT | Inbound | CM 302 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 08/04/2016 20:30 EDT | Outbound | CM 473 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 08/04/2016 11:19 EDT | Inbound | BR 6 (TPE -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 07/27/2016 00:00 EDT | Outbound | BR 15 (LAX -> TPE) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 07/26/2016 19:50 EDT | Inbound | CM 472 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 07/18/2016 20:30 EDT | Outbound | CM 473 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/29/2016 19:15 EDT | Inbound | BR 12 (TPE -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/16/2016 00:00 EDT | Outbound | BR 15 (LAX -> TPE) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/14/2016 16:06 EDT | Inbound | CM 360 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 06/05/2016 04:30 EDT | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/31/2016 03:17 EDT | Inbound | CM 302 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/17/2016 04:10 EDT | Outbound | AV 641 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 05/01/2016 20:16 EDT | Inbound | CM 472 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/24/2016 04:30 EDT | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/15/2016 13:09 EDT | Inbound | OZ 202 (ICN -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/06/2016 14:00 EDT | Outbound | OZ 201 (LAX -> ICN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 04/03/2016 03:13 EDT | Inbound | AV 640 (GUA -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/16/2016 04:10 EDT | Outbound | AV 641 (LAX -> GUA) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 03/05/2016 02:02 EST | Inbound | CM 302 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 02/23/2016 04:30 EST | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 01/24/2016 03:23 EST | Inbound | CM 302 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 01/11/2016 04:30 EST | Outbound | CM 303 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/19/2015 19:16 EST | Inbound | CM 472 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 12/13/2015 20:30 EST | Outbound | CM 473 (LAX -> PTY) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 11/16/2015 20:17 EST | Inbound | BA 273 (LHR -> SAN) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 11/12/2015 00:33 EST | Outbound | BA 268 (LAX -> LHR) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 10/24/2015 17:40 EDT | Inbound | CM 360 (PTY -> LAX) | OBD |
| RODRIGUEZ AREVALO, Pablo Renato | 5/6/1983 | P 456186444 (USA) | 10/20/2015 04:30 EDT | Outbound | CM 303 (LAX -> PTY) | OBD |

